**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher**

Civil Action No. 22-cv-02708-GPG-KAS

THOMAS MADISON GLIMP,

    Plaintiff,

v.

THE DEPARTMENT OF COMMERCE'S BUREAU OF INDUSTRY AND SECURITY, et al.,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the order entered by Judge Gordon P. Gallagher on October 31, 2023, ECF 77 it is

    ORDERED that the Recommendation of the United States Magistrate Judge [D. 75] is AFFIRMED and ADOPTED as an order of the Court. It is

    FURTHER ORDERED that the Defendants' Motion to Dismiss [D. 54] is GRANTED. It is,

    FURTHER ORDERED that Plaintiff's Amended Complaint [D. 28] is DISMISSED without prejudice.

This case will be closed.

Dated at Denver, Colorado this 31st day of October 2023.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By:   s/D. Clement
                                                 D. Clement
                                                 Deputy Clerk

Case No. 1:22-cv-02708-GPG-KAS    Document 78    filed 10/31/23    USDC Colorado
pg 2 of 2